August 6, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

CFM DEVELOPMENT, LLC, Appellant

NO. 14-15-00296-CV                 V.

OIL WELL BUYERS CORPORATION AND EUGENE A. SMITHERMAN,
Appellee

_____

      Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on December 11, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

      We further order that each party shall pay its costs by reason of this appeal.

      We further order this decision certified below for observance.